NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**RICHARD SHANE,**

*Plaintiff-Appellant*

**v.**

**NEWELL BRANDS INC., GRACO CHILDREN'S PRODUCTS, INC.,**

*Defendants-Appellees*

**DOES 1-10, INCLUSIVE,**

*Defendant*

---

2022-1996

---

Appeal from the United States District Court for the Central District of California in No. 5:20-cv-00859-GW-SHK, Judge George H. Wu.

---

**JUDGMENT**

---

JACOB ADAM SCHROEDER, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Palo Alto, CA, argued for plaintiff-appellant.  Also represented by J. MICHAEL JAKES, Washington, DC.

ROBERT JAMES LEONARD, Meunier Carlin & Curfman

LLC, Atlanta, GA, argued for defendants-appellees. Also represented by GREGORY JOSEPH CARLIN.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MAYER, and TARANTO, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 6, 2024
Date

Jarrett B. Perlow
Clerk of Court